**William Earl RAYFORD, Petitioner–Appellant,**

v.

**William STEPHENS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.**

No. 12–70004.

United States Court of Appeals, Fifth Circuit.

Jan. 21, 2014.

Bruce Edward Anton, Sorrels, Udashen & Anton, Dallas, TX, for Petitioner–Appellant.

Jefferson David Clendenin, Assistant Attorney General, Office of the Attorney General, Andrew S. Oldham, Deputy Solicitor General, Office of the Attorney General Office of the Solicitor General, Austin, TX, for Respondent–Appellee.

Before HIGGINBOTHAM, DAVIS, and ELROD, Circuit Judges.

PER CURIAM: *

In light of the Supreme Court's decision in *Trevino v. Thaler*, —— U.S. ——, 133

determined that this opinion should not be

S.Ct. 1911, 185 L.Ed.2d 1044 (2013), we remand to the district court for full reconsideration of the Petitioner's ineffective assistance of counsel claim in accordance with both *Trevino* and *Martinez v. Ryan*, — U.S. ——, 132 S.Ct. 1309, 182 L.Ed.2d 272 (2012). If the Petitioner requests it, the district court may in its discretion stay the federal proceeding and permit the Petitioner to present his claim in state court.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.